United States District Court
Southern District of Texas
**ENTERED**
December 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SANDRIDGE ENERGY, INC., § | |
| § | |
| Appellant, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:25-CV-02650 |
| § | |
| BEAZLEY INSURANCE COMPANY, INC., § | |
| *et al.*, § | |
| § | |
| Appellees. § | |

## MEMORANDUM AND ORDER

This is an appeal from an Order denying SandRidge Energy, Inc.'s motion to reopen its bankruptcy case and enforce its Chapter 11 Plan where SandRidge, as part of its Plan, assumed the indemnity obligation and D & O Policies pursuant to § 365 of the Bankruptcy Code, which Plan did not discharge the obligations.

The details of the dispute(s), arguments and authorities are sufficiently set out in the Bankruptcy Judge's Memorandum and Opinion [DE 1543] and will not be restated here.

The Bankruptcy Court addressed SandRidge's motion to reopen the Bankruptcy case finding that no good cause to reopen the case existed and denied, SandRidge's motion. The Bankruptcy Court went on to address other issues regarding the nature of the contract obligations and the status of the provisions under the Plan. However, those issues are not relevant here.

In light of the fact that the Bankruptcy's Court's decision to not reopen the Bankruptcy case does not impact the rights of the parties to resolve their differences in the Oklahoma case and that the decision was not an abuse of discretion or contrary to law, the Court is of the opinion that the Bankruptcy Court's decision to not reopen the Bankruptcy case should be Affirmed.

The Court ORDERS that the decision of the Bankruptcy Court should be and it is Affirmed; hence, this Appeal is Dismissed.

SIGNED on December 16, 2025, at Houston, Texas.

                                                  Kenneth M. Hoyt
                                                  United States District Judge